**Entered on Docket**
**July 08, 2010**

*Michael McManus*

**Hon. Michael S. McManus**
**United States Bankruptcy Judge**

Stephanie L. Cooper, Esquire
Nevada Bar No. 5919
Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No. ****8690/ Our File No. 10-06-6903-NV

Attorney for Secured Creditor
Green Tree Servicing, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

STEPHEN P ABELL ET AL.
BETSY L ABELL

            Debtor(s)

CHAPTER 13
BANKRUPTCY NO.: 10-52001-GWZ

## ORDER APPROVING STIPULATION RE: TERMINATION OF AUTOMATIC STAY

The matter having been negotiated in good faith as between the parties, the terms of which

appear in the Stipulation for Termination of the Automatic Stay, dated June 30, 2010, and filed on

the courts docket on July 7, 2010 and in regards to the property located and generally described as

7565 Los Lagos Ave., Sparks, NV 89436 ("Property" herein) and legally described as follows:

LOT 271, IN BLOCK B OF CIMMARON UNIT TWO, ACCORDING TO THE MAP THEREOF,
FILED IN THE OFFICE OF THE COUNTY RECORDER OF WASHOWE COUNTY, STATE
OF NEVADA, ON AUGUST 15, 1996, UNDER FILING NO. 2021240, AND AS TRACT MAP
NO. 3289, AND AMENDED BY CERTIFICATE OF AMENDMENT FILED OCTOBER 30,
1996, UNDER FILING NO. 2043869, OF OFFICIAL RECORDS

- 1 -

1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the aforementioned

2

Stipulation is hereby approved by the Court

3

4      Submitted by:

5          THE COOPER CASTLE LAW FIRM
           A Multi-Jurisdictional Law Firm

6      By:      /s/ Michael W. Chen          Date:   7/7/10
7               Michael W. Chen, Esq.
                Attorney for Secured Creditor
8               Green Tree Servicing, LLC

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

- 2 -

Michael W. Chen, Esquire
Nevada Bar No. 7307
THE COOPER CASTLE LAW FIRM
A Multi-Jurisdictional Law Firm
820 South Valley View Blvd.
Las Vegas, NV 89107
(702) 435-4175/(702) 435 4181 (facsimile)
Loan No. ****8690 / Our File No. 10-06-6903-NV

Attorney for Secured Creditor
Green Tree Servicing, LLC

**ECF FILED ON:**

**JUL 07 2010**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA DIVISION

IN RE:

STEPHEN P ABELL ET AL.
BETSY L ABELL

DEBTORS.

Case No.: 10-52001-GWZ

Chapter: 13

**STIPULATION RE: TERMINATION OF AUTOMATIC STAY**

IT IS HEREBY STIPULATED BY AND BETWEEN Secured Creditor, Green Tree

Servicing, LLC, through its counsel, Michael W. Chen, Esq., THE COOPER CASTLE LAW

FIRM, and the Debtor, Stephen P Abell et al. and Betsy L Abell, who is represented by counsel,

Scott N Tkevich, Esq., and the Chapter 13 Trustee, William A Van Meter as follows:

1. That the Automatic Stay in the above-entitled Bankruptcy case is immediately terminated

and extinguished for all purposes as to Secured Creditor, Green Tree Servicing, LLC, its

assignees and/or successors in interest, may proceed with a foreclosure of and hold a Trustee's

Sale on the subject property, generally described as 7565 Los Lagos Ave, Sparks, NV 89436 ⁂

("Property" herein) and legally described as follows: — Rental — DEBTORS SURRENDERING

LOT 271, IN BLOCK B OF CIMMARON UNIT TWO, ACCORDING TO THE MAP

THEREOF, FILED IN THE OFFICE OF THE COUNTY RECORDER OF WASHOE

COUNTY, STATE OF NEVADA, ON AUGUST 15, 1996, UNDER FILING NO. 2021240,

AND AS TRACT MAP NO. 3289, AND AMENDED BY CERTIFICATE OF

-1-

AMENDMENT FILED OCTOBER 30, 1996, UNDER FILING NO. 2043869, OF OFFICIAL RECORDS

2. That the Chapter 13 Trustee agrees that there is no equity in the subject property, and has agreed to abandon the same.

3. That after the sale of the subject property, any excess proceeds shall be turned over to the Trustee for disbursement as these funds have liquidation value to the unsecured creditors of this case.

4. That upon disposition of the collateral, Creditor may amend said proof of claim and share in any distribution from the date of the filing of the amended claim pursuant to the confirmed Plan.

5. That the Trustee is not required to recover previous distributions from other creditors. for distribution on Creditor's amended claim. This may result in a percentage of payment to creditor's amended claim different than to other creditors.

///

///

///

-2-

1         6. That this Stipulated Order is binding against any conversion of the subject

2  Bankruptcy proceeding.

3

4  SO STIPULATED

5

6  Date: June 30, 2010      By:     /s/ Michael W. Chen, Esq.

7                              STEPHANIE L. COOPER, ESQ.
   THE COOPER CASTLE LAW FIRM
   A Multi-Jurisdictional Law Firm
   Attorney for Secured Creditor

8                              Green Tree Servicing, LLC

9  SO STIPULATED

10

11  Date: June 30, 2010      By:

12                              Scott N Tisevich, Esq.
   Attorney for Stephen P Abell et al. and Betsy L Abell

13

14  SO STIPULATED

15

16  Date: June 30, 2010      By:

17                              William A Van Meter
   Chapter 13 Trustee

18

19

20

21

22

23

24

25

- 3 -